## DENNY KELLY *vs.* JOHN LOW.

In an action upon the covenants of a deed of warranty, where at the time the deed was given, the premises were incumbered by a mortgage made to secure the payment of a sum of money, the plaintiff is entitled to recover in damages, the amount he was compelled to pay to redeem the mortgage, although the payment was not made until after the commencement of the suit.

THE action was for breach of the covenants of a deed of warranty of certain real estate.

At the time the deed was given, the premises were incumbered by a mortgage to secure the payment of a sum of money. When the suit was brought, the money was payable, but no entry had been made by the mortgagee. After the action was entered in court, the plaintiff paid the amount due on the mortgage.

*Tallman,* for the plaintiff, claimed to have as damages the amount thus paid, with interest thereon; and cited *Brooks* v. *Moody,* 20 *Pick.* 479.

*Groton,* for the defendant, insisted, that the suit should not be maintained, or that but nominal damages should be recovered. The notes may be transferred, and the defendant may be compelled to pay them again.

On the last day of the term, the Court, by SHEPLEY J. remarked, that the principle contended for by the plaintiff's counsel, was recognized in *Gardiner* v. *Niles,* in *Penobscot,* (16 *Maine R.* 379,) as well as in the case cited. Judgment was ordered to be made up for the amount paid by the plaintiff to redeem the mortgage and interest.